*E-FILED*
February 1, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NIKE, INC., | No. C 06-06730 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| NABIL ISMAEL, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for February 7, 2007. The parties are required to file a stipulation of dismissal by **April 4, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 11, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: February 1, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

J. Andrew Coombs     andy@coombspc.com, jeremy@coombspc.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Henry Schaefer, Esq.
Law Offices of Astanehe & Schaefer
819 Eddy Street
San Francisco, CA 94109

Dated: February 1, 2007

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg